Roy Thompson, as Administrator of Estate of Fred Thompson, Deceased, and Ruth Thompson, Plaintiffs-Appellants, v. Kenneth Bailey, a Minor, Defendant-Appellee.
Kenneth Bailey, a Minor, Counterclaimant-Appellee, v. Roy Thompson, as Administrator of the Estate of Fred Thompson, Deceased, Counterdefendant-Appellant.

Gen. No. 10,153.

Third District.

April 23, 1958.

Rehearing denied and opinion modified May 8, 1958.

Released for publication May 8, 1958.

John Alan Appleman, and John A. Rutledge, for appellant; Massey, Anderson and Gibson, and Lemna & Lee (Earl R. Anderson and Ralph S. Pearman, and Raymond Lee, of counsel) for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.